### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THERESA DELANEY** : | |
| : | |
| v. : | **CIVIL ACTION NO. 17-4688** |
| : | |
| **THE LINCOLN NATIONAL LIFE** : | |
| **INSURANCE COMPANY** : | |

### O R D E R

This  9th  day of  January , 2018, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:**    /s/ Patricia Clark
Civil Deputy to Judge McHugh

Copies EMAILED on 1/09/18 to:

cc:  Marc H. Snyder, Esquire